IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON GODFREY, | : |
| Petitioner, | : |
| vs. | : Civil Action No. 05-1106 |
| GEORGE N. PATRICK, Superintendent of State Correctional Institute of Houtzdale, Pennsylvania, and JEFFREY BEARD, Secretary, Pennsylvania Department of Corrections, | : (Electronically Filed) |
| Respondent. | : |

**ORDER**

AND NOW, to-wit, this 3rd day of Nov, 2006, upon consideration of the Motion for Enlargement of Time *Nunc Pro Tunc* and Relief From Order of October 12, 2006, Pursuant to Fed.R.Civ.P. Rules 6(B) and 60(B)(1), and Rule 11 of the Federal Rules Governing Section 2254 Cases, it is hereby ORDERED and DECREED that said motion is GRANTED, and the time for filing Objections is HEREBY ENLARGED until 11/13/06.

Gary L. Lancaster
United States District Judge

GODFREY v. PATRICK et al                                                                                              Doc. 21