IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEON GODFREY,

        Petitioner,

vs.

GEORGE N. PATRICK, Superintendent
of State Correctional Institute of Houtzdale,
Pennsylvania, and JEFFREY BEARD,
Secretary, Pennsylvania Department
of Corrections,

        Respondent.

: Civil Action No. 05-1106
: (Electronically Filed)

**ORDER**

AND NOW, to-wit, this _3rd_ day of _Nov_, 2006, upon consideration of the Motion for Enlargement of Time *Nunc Pro Tunc* and Relief From Order of October 12, 2006, Pursuant to Fed.R.Civ.P. Rules 6(B) and 60(B)(1), and Rule 11 of the Federal Rules Governing Section 2254 Cases, it is hereby ORDERED and DECREED that said motion is GRANTED, and the time for filing Objections is HEREBY ENLARGED until _11/13/06_.

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge